Argued and submitted March 25, imposition of child support arrearage obligation of $6,300 reversed; otherwise affirmed April 28, 2004

In the Matter of the Marriage of

Leslie G. MASON,
*Respondent,*
*and*

Carl D. MASON,
*Appellant.*

94C-30176; A120804

89 P3d 1215

J. Michael Alexander argued the cause for appellant. With him on the brief was Swanson, Lathen, Alexander & McCann, PC.

No appearance for respondent.

Before Haselton, Presiding Judge, and Linder and Ortega, Judges.

PER CURIAM

## PER CURIAM

Husband appeals from a judgment that terminated his spousal support obligation based on a substantial change of circumstances and that also required him to pay a retroactive child support obligation of $6,300. The trial court imposed the retroactive support obligation *sua sponte* without wife requesting such relief by way of any appropriate motion or pleading. We agree with husband that, in the circumstances presented here, the court's *sua sponte* imposition of the retroactive support obligation was erroneous. *See Richards and Richards*, 95 Or App 281, 284, 768 P2d 927 (1989) (in the absence of a motion to modify, a retroactive support obligation could not be imposed on a prior custodial parent following a change of physical custody).

Imposition of child support arrearage obligation of $6,300 reversed; otherwise affirmed.